USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOSE GERMAN CASTANEDA SANCHEZ, JOSE
SANTOS DELCID CASTELLANOS, and WUILDER
JOSUE DELCID CASTELLANOS, *individually and on behalf of others similarly situated,*

                      *Plaintiffs,*

-against-

ROCCAWAY CONSTRUCTION CORP. (D/B/A ROCCAWAY CONSTRUCTION), YELLOWSTONE CONSTRUCTION INC. (D/B/A YELLOWSTONE CONSTRUCTION), MASSIMILIANO GUARASCIO, SALVATORE BONIFATI, ANTONIO (A.K.A. TONY) DATTOLO, MUSAH CHARUDRY, and HUMAIRA CHAUDHARY,

                      *Defendants.*
-------------------------------------------------------------X

Case No. 17-cv-5910 (PAE)

[Proposed Form Of]
**JUDGMENT**

## JUDGMENT

On August 4, 2017, this action was commenced by Plaintiffs' filing of the complaint and this Court's issuance of the summons, which was duly served on defendants Yellowstone Construction Inc., Musah Charudry and Humaira Chaudhary. Defendants Yellowstone Construction Inc., Musah Charudry and Humaira Chaudhary having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Michael Faillace and Associates, P.C., the attorneys for the Plaintiffs, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs Jose German Castaneda Sanchez, Jose Santos Delcid Castellanos and Wuilder Josue Delcid Castellanos have judgment against defendants Yellowstone Construction

Inc., Musah Charudry and Humaira Chaudhary, jointly and severally, in amounts to be determined following additional proceedings in this action. The Court will defer referring this matter for an inquest into damages pending the further progress in the litigation against the partnership defendants.

Dated: Jan 25, 2018

_____
District Judge Paul A. Engelmayer