USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2018

EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE GERMAN CASTANEDA SANCHEZ, JOSE
SANTOS DELCID CASTELLANOS, WUILDER
JOSUE DELCID CASTELLANOS and HECTOR
DAVID individually and on behalf of others
similarly situated,

    Plaintiffs,

  -against-

ROCCAWAY CONSTRUCTION CORP. (D/B/A
ROCCAWAY CONSTRUCTION),
YELLOWSONE CONSTRUCTION INC. (D/B/A
YELLOWSTONE CONSTRUCTION),
MASSIMILIANO GUARASCIO, SALVATORE
BONIFATI, ANTONIO (A.K.A. TONY)
DATTOLO, MUSAH CHARUDRY, and
HUMAIRA CHAUDHARY,

    Defendants.
-----------------------------------------------------------------X

Case No.: 17-cv-5910-PAE

ORDER OF VOLUNTARY
DISMISSAL WITH PREJUDICE

Upon the joint application of the plaintiffs Jose German Castaneda Sanchez, Jose Santos Delcid Castellanos, Wuilder Josue Delcid Castellanos, and Hector Daivd and the defendants Roccaway Construction Corp. (d/b/a Roccaway Construction), Massimiliano Guarascio, Salvatore Bonifati and Antonio (a.k.a. Tony) Dattolo, by their respective counsel, for entry of an Order of Voluntary Dismissal with Prejudice approving the parties' negotiated Fair Labor Standards Act settlement agreement in the above-captioned action, and the parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is HEREBY ORDERED AS FOLLOWS:

  1. The parties' settlement has been negotiated in good faith and at arm's length by the parties through their respective counsel;

  2. The settlement is approved as a fair and reasonable disposition of the plaintiffs' Fair Labor Standards Act claims; and

3. Accordingly, all of the claims asserted in this action by plaintiffs Jose German Castaneda Sanchez, Jose Santos Delcid Castellanos, Wuilder Josue Delcid Castellanos, and Hector Daivd are hereby dismissed in their entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court shall retain jurisdiction over this matter solely to enforce the parties' settlement.

Dated: New York, New York
       11/5            , 2018

SO ORDERED.

*Paul A. Engelmayer*
United States District Judge

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

JOSE GERMAN CASTANEDA SANCHEZ, JOSE
SANTOS DELCID CASTELLANOS, WUILDER
JOSUE DELCID CASTELLANOS and HECTOR
DAVID individually and on behalf of others similarly
situated,,

                      Plaintiff,

-against-

ROCCAWAY CONSTRUCTION CORP. (D/B/A
ROCCAWAY CONSTRUCTION), YELLOWSONE
CONSTRUCTION INC. (D/B/A YELLOWSTONE
CONSTRUCTION), MASSIMILIANO GUARASCIO,
SALVATORE BONIFATI, ANTONIO (A.K.A.
TONY) DATTOLO, MUSAH CHARUDRY, and
HUMAIRA CHAUDHARY,

                      Defendants.

---------------------------------------------------------- X

Index No.:

**AFFIDAVIT OF CONFESSION OF JUDGMENT**

STATE OF NEW YORK    )
                             : ss.:
COUNTY OF _Queen_  )

MASSIMILIANO GUARASCIO, being duly sworn, deposes and says:

1. I reside at _73 PORTER P1 Glen Cove 11542_

2. I am the President of Roccaway Construction Corp. I am duly authorized to make this Affidavit of Confession of Judgment on behalf of Roccaway Construction Corp.

3. This affidavit of confession of judgment is for a debt justly due to Plaintiff under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants Roccaway Construction Corp. and Massimiliano Guarascio are to submit a total sum of Ninety-Five Thousand Dollars and Zero Cents ($95,000) to Plaintiffs.

3. Pursuant to the terms of the Settlement Agreement by and between Jose German Castaneda Sanchez, Jose Santos Delcid Castellanos, Wuilder Josue Delcid Castellanos, and Hector Daivd ("Plaintiffs") and Roccaway Construction Corp. (d/b/a Roccaway Construction), Massimiliano Guarascio, Salvatore Bonifati and Antonio (a.k.a. Tony) Dattolo (each a "Defendant" and collectively, "Defendants"), to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof ~~in New York County~~ against me individually and Roccaway

14

Construction Corp. and in favor of Plaintiffs for the remaining sum due under the Settlement Agreement.

4. This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge, including, without limitation, the terms and provisions of the Settlement Agreement.

5. I hereby represent my understanding that upon Roccaway Construction Corp. and/or Massimiliano Guarascio's breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the United States District Court, Southern District of New York, as a judgment for $95,000 (less any amounts already paid to Plaintiffs pursuant to the above Settlement Agreement), against me, Massimiliano Guarascio and Roccaway Construction Corp.

MASSIMILIANO GUARASCIO
Individually, and on behalf of ROCCAWAY CONSTRUCTION CORP.

Sworn to before me this
10 day of 11 2018

Notary Public

STEPHEN D. HANS
Notary Public, State of New York
No. 02HA4658402
Qualified in Queens County
Commission Expires June 20, 2019

15